IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GOLDEN HOME HEALTH CARE, LLC,

          Case No. 2:20-cv-2954

    Plaintiff,          Judge Edmund A. Sargus, Jr.

v.                     Magistrate Judge Chelsey M. Vascura

SEEMA VERMA *in her official capacity as*
ADMINISTRATOR OF THE CENTERS FOR
MEDICARE & MEDICAID SERVICES,
        &
MAUREEN M. CORCORAN *in her official capacity as*
DIRECTOR OF STATE OF OHIO DEPARTMENT OF MEDICAID,

    Defendants.

## ORDER

This matter came before the Court on August 3, 2020 for a status conference on Plaintiff's Motion for a Preliminary Injunction, at which all parties were represented. At that conference the Court **GRANTED** Defendants' Motion to File Surreply and **DENIED** Defendants' Motion to Strike. (ECF No. 20.) The Court will consider Defendants' Surreply in its consideration of Plaintiffs' Motion for a Preliminary Injunction, which all parties agree may be decided on brief. All parties agree that testimony is unnecessary to the Court's decision and no party has requested testimony. If the Court has not issued its decision by the scheduled initial pretrial conference, that conference will be rescheduled.

    IT IS SO ORDERED.

**8/3/2020**                    **s/Edmund A. Sargus, Jr.**
**DATE**                      EDMUND A. SARGUS, JR.
                              UNITED STATES DISTRICT JUDGE